IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-233

**AVODAH FARMS**, a Colorado nonprofit corporation, and
**KEENAN FITZPATRICK**, an individual
Plaintiffs,

v.

**DEBORAH O'HARA-RUSCKOWSKI**,
Individually, and in a representative capacity
for **ORDER OF MALTA, AMERICAN ASSOCIATION, U.S.A.,** a Delaware
limited liability company, **ORDER OF MALTA, WESTERN ASSOCIATION**,
**U.S.A.** a California nonprofit corporation,
and **ORDER OF MALTA WORLDWIDE RELIEF MALTESER INTERNATIONAL AMERICAS, INC.**, a Delaware foreign
nonprofit corporation.

Defendants.

## AMENDED CORPORATE DISCLOSURE AGREEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiffs Avodah Farms and Keenan Fitzpatrick discloses the following:

1. Avodah Farms is a Colorado non-profit corporation, and thus has no shareholders and no corporate parent or any publicly held corporation owning 10% of more it is stock.

1

2436701.6

2. Avodah Farms' principal place of business and principal address is 1130 E Kenyon Ave., Englewood, Colorado 80113. Avodah is run by a board of six (6), of which four members (4) reside in the state of Colorado, one member (1) resides in the State of Virginia, and one member (1) resides in the state of Maryland. Avodah's center for overall direction, control, and coordination, as well as where its top officers are located, and where the bulk of its business activities visible to the public take place is the state of Colorado. *See Hertz Co. v. Friend*, 599 U.S. 77, 95-96 (2010).

3. Keenan Fitzpatrick is a Colorado citizen and resides in the state of Colorado. He is the Executive Director of Avodah Farms.

Respectfully submitted this 1st day of February, 2024.

By: *s/ M. Caleb Meyer*
M. Caleb Meyer, Esq.
Adam M. Royval, Esq.
Emilie C. Lorden, Esq.
**MESSNER REEVES LLP**
1550 Wewatta Street, Suite 710
Denver, CO 80202
Telephone: (303) 623-1800
*Attorneys for Plaintiffs Avodah Farms and Keenan Fitzpatrick*

2436701.6