# EXHIBIT D



About Us     Denver Campus     Sister Model of Care

Updates     Get Involved



March 20 Support Materials

For now we ask that you please meet with us privately to review information and evidence related to these statements

Get Involved

