# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-233

**AVODAH FARMS**, a Colorado nonprofit corporation, and
**KEENAN FITZPATRICK**, an individual
Plaintiffs,

v.

**DEBORAH O'HARA-RUSCKOWSKI**, an individual
Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the parties, by and through their undersigned counsel, and respectfully request the court amend the current Scheduling Order to conform to new discovery dates and deadlines as set forth in their Proposed Amended Scheduling Order, attached hereto as Exhibit A. In support thereof, the parties state as follows:

### CONFERRAL CERTIFICATION

Undersigned counsel have conferred and have jointly agreed to the relief requested herein, including revisions to the F.R.C.P 26(f) Scheduling Order.

1

**MOTION**

1. The Parties are continuing the process of discovery. Both parties have made, and are continuing to make voluminous disclosures of documents, containing thousands of pages of documents including years of text and email communications. Disclosure of these voluminous documents remains ongoing. The parties have already exchanged written discovery, including interrogatories, requests for production and requests for admission.

2. The Parties agree additional time is necessary to complete production of documents and all necessary depositions and expert discovery to be able to prepare for trial. Specifically, the parties anticipate exchanging all remaining documents by the end of summer 2025, and completing all necessary fact depositions in the fall of 2025. Many of the witnesses disclosed in the case reside outside of Colorado and additional time will be necessary to procure attendance at depositions in other jurisdictions. Given the amount of information yet to be disclosed and efforts needed to properly compel attendance at depositions, the interests of justice would be served by allowing the proposed amendments.

3. In addition, many of the key factual witnesses in this matter are third-parties who are outside of the control of the Plaintiffs or the Defendant. The additional time is needed to conduct appropriate document discovery from these third-parties, with related depositions to follow.

4. The additional time will also ensure that the parties have the needed time to substantially complete fact discovery before embarking on expert discovery. This will allow the discovery process proceed as efficiently as possible, We anticipate the expert discovery in this matter to be extensive, with both sides retaining several experts.

5.      The additional time for discovery is also appropriate given the court's recent June 13, 2025 Order Granting in Part and Denying in Part Defendant's Motion to Dismiss and Special Motion to Dismiss.  The Court dismissed several of the causes of action, and the additional time will allow the parties to tailor their discovery needs to the claims that remain at issue.

6.      Both parties seek the relief requested, and therefore no party will be prejudiced.

WHEREFORE, Plaintiff requests that the Court issue an Order: (1) granting this Motion and entering the Proposed Amended Scheduling Order, and (2) granting such other and further relief as the Court deems just and proper

Respectfully submitted:

By: /s/ *M. Caleb Meyer*
M. Caleb Meyer, Esq.
Adam M. Royval. Esq.
Gregory S. Carter, Esq.
**MESSNER REEVES LLP**
1550 Wewatta Street, Suite 710
Denver, CO 80202
Telephone: (303) 623-1800
*Attorneys for Plaintiffs, Avodah Farms and Keenan Fitzpatrick*


By: /s/ Sarah Krissoff
Sarah Krissoff, #4132700 NY
**COZEN O'CONNOR**
3 WTC, 175 Greenwich St. 55th Floor
New York, NY 10007
Telephone: (212) 908-1388
skrissoff@cozen.com
*Attorneys for Defendant Deborah O'Hara-Rusckowski*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this June 16, 2025, a true and correct copy of the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** was electronically filed via CM/ECF upon all counsel of record

                    */s/ Tracey Zastrow*
                    Tracey Zastrow

---

*This document was filed electronically pursuant to C.R.C.P. 121 § 1-26.  Duly signed original on file at the offices of Messner Reeves LLP.*